UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:                                              Chapter 7

Abdul Rauf and Salmi Rauf,                          Case No. 12-67060

    Debtors.                              Hon. Phillip J. Shefferly
_____/

Wildwood Property, L.L.C.,                          Adversary Proceeding
                                                    No. 13-04260-PJS
    Plaintiff,

v.

Abdul Rauf,

    Defendant.
_____/

## ORDER DENYING DETERMINATION OF NON-DISCHARGEABLE DEBT

On January 3, 2014, the Court issued an Opinion Denying Determination of Non-Dischargeable Debt After Trial ("Opinion") (ECF No. 48). For the reasons explained in the Opinion, all of which are incorporated herein,

**IT IS HEREBY ORDERED** that the Plaintiff's request for a determination of a non-dischargeable debt is denied.

**IT IS FURTHER ORDERED** that the Plaintiff's complaint is dismissed.

.

**Signed on January 03, 2014**

                                                   /s/ Phillip J. Shefferly
                                                 **Phillip J. Shefferly**
                                                 **United States Bankruptcy Judge**